940

No. 553. COMMISSIONER OF INTERNAL REVENUE *v.* ACKER. C. A. 6th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for petitioner.

No. 558. UNITED STATES *v.* ROBINSON ET AL. Motion of respondents for leave to proceed on typewritten papers granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Julia Cooper* for the United States. *I. William Stempil* for respondents.

No. 543. HARMSEN *v.* FIZZELL ET AL. Supreme Court of Michigan. Certiorari denied.

No. 545. ACKER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Charles K. Rice* and *Robert N. Anderson* for respondent.

No. 550. FUNKHOUSER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Rice, Joseph F. Goetten* and *Jack M. Cotton* for the United States.